UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIRIAM ARELLANO LOPEZ and LUCIO SALDANA, individually and the marital community comprised thereof and as Litigation Guardian Ad Litem of the minor children; A.S., a minor child; and V.S., a minor child,,<br><br>Plaintiffs,<br><br>v.<br><br>TEODORO NEUFELD; and NORTHWEST TANK LINES, INC., a Canadian corporation,<br>Defendants. | NO: 4:18-CV-5050-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Joint Motion for an Order of Dismissal (ECF No. 23). The parties have stipulated to the dismissal of all claims of all parties with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' joint motion, all claims of all parties in this action are **DISMISSED with prejudice** and without costs.

2. All pending motions are denied as moot and all hearings stricken from the Court's calendar.

3. The Court retains jurisdiction to effectuate the Order at ECF No. 21 concerning the minors' settlements.

The District Court Executive is hereby directed to enter this Order and judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED March 26, 2019.



THOMAS O. RICE
Chief United States District Judge