# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MIRIAM ARELLANO LOPEZ and LUCIO SANDANA, et al.,<br>*Plaintiff*<br>v.<br><br>TEODORO NEUFELD, et al.,<br>*Defendant* | Civil Action No. 4:18-CV-5050-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims of all parties in this action are DISMISSED with prejudice and without costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the parties' Joint Motion for an Order of Dismissal. ECF No. 23.

Date: March 26, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry